UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing as servicer for Citibank,*
*N.A. not in its individual capacity but solely as*
*Owner Trustee of New Residential Mortgage*
*Loan Trust 2019-RPL3*

Chapter 13

In re:

Theodore R. Thomas
Michelle L. Thomas

Case No. 24-10306-CMG

Judge Christine M. Gravelle

Debtors.

**CERTIFICATION OF CREDITOR REGARDING POST PETITION**
**PAYMENT HISTORY (NOTE AND MORTGAGE DATED 8/18/2006)**

I  Velma Sapp _____, employed as  a Bankruptcy Case Manager _____  by

NewRez LLC d/b/a Shellpoint Mortgage Servicing[1] hereby certifies the following:

Recorded on 8/28/2006 in Burlington County, in Book 11086 at Page 010

Property Address:  16 Laurie Way, Burlington Township, NJ 08016

Mortgage Holder: NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Citibank, N.A. not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3

Mortgagor(s)/ Debtor(s): Michelle Thomas and Theodore Thomas / Theodore R. Thomas Michelle L. Thomas

---

[1] New Rez LLC d/b/a Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for the movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge, and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

POST-PETITION PAYMENTS (Petition filed on <u>1/11/2024</u>)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| SEE ATTACHED PAY HISTORY | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: <u>3/1/24-5/1/24 at $1,421.45 each, (less a suspense balance $178.55) total post-petition arrearages as of May 14, 2024 $4,085.80</u>

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest | $ | _____941.49_____ |
| R.E. Taxes: | $ | _____ |
| Insurance: | $ | _____ |
| Late Charge: | $ | _____ |
| Other: | $ | _____479.96 (Specify: Escrow _____) |
| TOTAL | $ | ___1,421.45 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate

sheet(s) if necessary):

_____

_____

Pre-petition arrears: _____ to _____ ( _____ mos. x $ _____ /mo. = $
_____ )

Unpaid Principal Balance as of May 14, 2024: **$169,156.89**

Deferred Principal Balance as of May 14, 2024: **$1,725.86**

Total Payoff amount as of May 14, 2024: **$191,204.04**

I certify under penalty of perjury that the above is true.

Date:    06/12/2024 _____

_____
Signature

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 2/1/2024 | 3/22/2024 | $1,600.00 | $1,421.45 | $ 178.55 | $ 178.55 |
| 3/1/2024 | | | $1,421.45 | $ (1,421.45) | $ (1,242.90) |
| 4/1/2024 | | | $1,421.45 | $ (1,421.45) | $ (2,664.35) |
| 5/1/2024 | | | $1,421.45 | $ (1,421.45) | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| | | | | $ - | $ (4,085.80) |
| 4 | 1 | $1,600.00 | $5,685.80 | $ (4,085.80) | |

| Loan Number | ████████ |
|---|---|
| Debtor | Theodore R. Thomas |
| BK filed date | 1/11/2024 |
| BK Case # | 24-10306 |
| Loan Acquired | |
| Post Next Due | 3/1/2024 |
| Suspense | $ 178.55 |

| Due Date | P&I | Interest Rate | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| 2/1/2024 | $ 941.49 | 5.000% | $479.96 | $ 1,421.45 | 3/21/2024 |
| | | | | | |
| | | | | | |
| | | | | | |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 3/1/2024 | $1,421.45 | 3 | $ 4,264.35 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 4,264.35 |
| | | Less Unapplied | $ 178.55 |
| | | Total to bring current | $ 4,085.80 |

$      4,264.35
$     (4,085.80)
$         178.55   unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
75 Beattie Place Ste LL202
Greenville, SC 29601