| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Citibank, N.A. not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3* | Chapter 13<br><br>Case No. 24-10306-CMG<br><br>Hearing Date: July 17, 2024<br><br>Judge Christine M. Gravelle |
| In re:<br><br>Theodore R. Thomas<br>Michelle L. Thomas<br>                              Debtors. | |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LNBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this Motion, as it does not involve complex issues of law.

Dated: June 13, 2024

                              Stewart Legal Group, P.L.
                              Attorney for NewRez LLC d/b/a Shellpoint Mortgage
                              Servicing as servicer for Citibank, N.A. not in its individual
                              capacity but solely as Owner Trustee of New Residential
                              Mortgage Loan Trust 2019-RPL3

                By:    <u>*/s/Gavin N. Stewart*</u>
                         Gavin N. Stewart, Esq.