UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Citibank, N.A. not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3*

In re:

Theodore R. Thomas
Michelle L. Thomas

Debtors.

Chapter 13

Case No. 24-10306-CMG

Hearing Date: July 17, 2024

Judge Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, <u>Jennifer Baker</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the legal assistant for <u>Stewart Legal Group, P.L.</u> who represents the <u>Movant</u>.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>June 13, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief from the Automatic Stay
    - Certification Regarding Post-Petition Payment History
    - Exhibit – Loan Documents
    - Statement as to Why no Brief is Necessary

- Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| June 13, 2024 | /s/*Jennifer Baker* |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |
| Theodore R. Thomas<br>Michelle L. Thomas<br>16 Laurie Way<br>Burlington, NJ 08016 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |
| Kevin C. Fayette<br>Law Offices of Kevin Fayette, LLC<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |